IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CHARLES BUCCERONI | : | CIVIL ACTION |
| | : | |
| v. | : | NO. 03-6371 |
| | : | |
| CITY OF PHILADELPHIA et al. | : | |

## CIVIL JUDGMENT

Before the Honorable Juan R. Sánchez,

      AND NOW, this 25th day of April, 2006, in accordance with verdict of the jury, judgment be entered in favor of the plaintiff and against defendants Joseph Sullivan, Thomas Kelly and Carl LaTorre as to interrogatories two and five.  Compensatory damages in the amount of $100,000 and punitive damages in the amount of $500,000 are to be awarded to the plaintiff. Judgment is to be entered in favor of the defendant and against the plaintiff as to interrogatories one and four.  Jury was unable to reach a verdict as to interrogatory three.

      ATTEST:

       /s/Nancy DeLisle
      Nancy DeLisle
      Deputy Clerk

Civ 1 (8/80)
civjud.frm