IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CHARLES BUCCERONI | : | CIVIL ACTION |
| | : | |
| v. | : | No. 03-6371 |
| | : | |
| CITY OF PHILADELPHIA, et al. | : | |

**ORDER**

AND NOW, this 7th day of May, 2007, Defendants' Motion to Stay Execution of Judgment (Document 164) is DENIED.[1] It is further ORDERED the City must immediately remit to Plaintiff Charles Bucceroni the sum of compensatory damages, punitive damages, attorneys' fees, and properly taxed costs along with interest from the dates of entry of the awards.

BY THE COURT:

\s\ Juan R. Sánchez
Juan R. Sánchez J.

[1]The City bases its Motion for a Stay on its role as garnishee in litigation in state court in which the plaintiff received an award against Brian Puricelli, Esq., the attorney for Plaintiff here, Charles Bucceroni. The award is under appeal. Bucceroni is not a party to the state court action. Nor is he a judgment debtor whose award is at risk. Bucceroni, as Plaintiff here, received judgment for compensatory and punitive damages and also for attorney fees. Section 1988 makes "the prevailing *party* eligible for a discretionary award of attorney's fees." *Venegas v. Mitchell*, 495 U.S. 82, 87 (1990) (emphasis in the original).