**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **CHARLES BUCCERONI,** | : | **CIVIL ACTION** |
| **Plaintiff,** | : | |
| | : | **NO. 03-6371** |
| **vs.** | : | |
| | : | |
| **CITY OF PHILADELPHIA, et al.,** | : | |
| **Defendants.** | : | |

**DECLARATION OF DIANNE REED**

Dianne Reed, having been duly sworn, hereby deposes and says:

1. I am currently employed as Budget Director for the City of Philadelphia.

2. I make this Declaration with respect to the Plaintiff's Rule to Show Cause.

3. I have personal knowledge of the balance of the general indemnities fund ("fund"), and have personal knowledge of the claims vouchered against the fund since August, 2006.

4. As of August 7, 2006, the balance of the general indemnities fund was $22,302,000.

5. Over the course of fiscal year 2007 (July 1, 2006 to June 30, 2007), the City used this balance to pay our court-ordered judgments and settlement of court cases. Our internal budget guidelines limit use of this fund only for the purpose of funding court-ordered judgments and settlements.

6. In August, 2006, 65 claims were vouchered for these purposes from this fund, with a total value of $2,089,032.68.

7. In September, 2006, 81 claims were vouchered for these purposes from this fund,

with a total value of $2,187,452.48.

8. In October, 2006, 80 claims were vouchered for these purposes from this fund, with a total value of $1,775,298.20.

9. In November, 2006, 40 claims were vouchered for these purposes from this fund, with a total value of $2,524, 271.00.

10. In December, 2006, 104 claims were vouchered for these purposes from this fund, with a total value of $1,419,924.56.

11. In January, 2007, 98 claims were vouchered for these purposes from this fund, with a total value of $2,516,575,52.

12. In February, 2007, 94 claims were vouchered for these purposes from this fund, with a total value of $$2,618,728,98.

13. In March, 2007, 95 claims were vouchered for these purposes from this fund, with a total value of $2,035,576.72.

14. In April, 2007, 68 claims were vouchered for these purposes from this fund, with a total value of $2,397,329.61.

15. In May, 2007, 83 claims were vouchered for these purposes from the fund, with a total value of $1,874,145.37.

16. I anticipate that the fund will be replenished at the beginning of fiscal year 2008, which begins July 1, 2007. The amount to be appropriated into the fund, according to the City's operating budget ordinance for fiscal 2008, reported out of Council committee on May 24, 2007 and currently scheduled for final passage on May 31, 2007, is $25,113,915. If passed on May 31, the Mayor would have until June 14 to sign it into law.

17. Within five business days of July 1, 2007, assuming enactment of the fiscal 2008 operating budget, we will be able to issue a check in the full amount payable to Charles Bucceroni relating to this lawsuit, including interest and attorney's fees that this Court should deem appropriate. If no budget is passed by that date, however, the City is precluded entirely from spending any money for any purpose, as there will be no appropriation authorization in place.

18. As I previously stated in my earlier affidavit, it is possible for City Council to adopt a mid-year transfer ordinance to accommodate unexpected expenditures; however, Council only has three remaining scheduled meetings for the current fiscal year (May 31, June 7 and June 14); hence, because the legislative procedures mandated by the Home Rule Charter require three sessions to adopt an ordinance, the earliest such an ordinance could be adopted would be June 14, if introduced May 31. This effort would only expedite payment to Charles Bucceroni by a few days.

I declare that the foregoing statements are true.

Dianne E Reed

Dianne Reed
Budget Director

Sworn to and Subscribed before me this
______ day of June, 2007.

____________________
Notary Public