IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CHARLES BUCCERONI | CIVIL ACTION |
| v. | NO. 03-6371 |
| CITY OF PHILADELPHIA, et al. | |

SATISFACTION OF JUDGMENT

I, Brian M. Puricelli, attorney for Plaintiff, acknowledge satisfaction of the judgments against Defendants Joseph Sullivan, Thomas Kelly and Carl Latorre in the Eastern District of Pennsylvania in an action between Charles Bucceroni verses City of Philadelphia, et al for $1,124,034.19 as jury award for damages, punitive damages, costs, attorney fees, sanctions and interest.

Judgments docketed on April 25, 2006, November 27, 2007, and June 8 , 2007 in the Office of the Clerk of the Eastern District of Pennsylvania.

Date: 7/13/2007

KRAVITZ AND PURICELLI

BY: BMP3198

Brian M. Puricelli, Esquire
Counsel for Plaintiff